David J. McGlothlin, Esq. (SBN: 253265)
david@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
(619) 233-7770
(619) 297-1022

Attorneys for Plaintiff
Stephen Wood

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| Stephen Wood | Case No.: C11-2280 EMC |
|---|---|
| Plaintiff, | |
| v. | **STATUS REPORT AND REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |
| The Receivable Management Services Corporation d/b/a RMS | |
| Defendant. | |

Plaintiff initially encountered difficulties serving the Summons and Complaint upon Defendant. Plaintiff was recently able to another address for Defendant and the Summons should be served within one week. Since service has not been completed yet, Plaintiff's counsel has not yet heard from Defendants or their attorneys regarding this case and their answers are not yet due with this court.

Plaintiff requests that all dates be reset for at least 60 days. By that time, Plaintiff will either be in contact with either Defendant or Defendant's counsel and have an opportunity to discuss settlement, or Plaintiff can request entry of default.

Date: September 16, 2011    **Hyde & Swigart**

By:   /s/ David J. McGlothlin
David J. McGlothlin
Attorneys for the Plaintiff