David J. McGlothlin, Esq. (SBN: 253265)
david@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
(619) 233-7770
(619) 297-1022

Attorneys for Plaintiff
Stephen Wood

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| Stephen Wood  Plaintiff,  v.  The Receivable Management Services Corporation d/b/a RMS  Defendant. | **Case No.: C11-2280 EMC**  **STATUS REPORT AND REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**  ORDER RESETTING CMC |
|---|---|

Plaintiff initially encountered difficulties serving the Summons and Complaint upon Defendant. Plaintiff was recently able to another address for Defendant and the Summons should be served within one week. Since service has not been completed yet, Plaintiff's counsel has not yet heard from Defendants or their attorneys regarding this case and their answers are not yet due with this court.

Plaintiff requests that all dates be reset for at least 60 days. By that time, Plaintiff will either be in contact with either Defendant or Defendant's counsel and have an opportunity to discuss settlement, or Plaintiff can request entry of default.

Date: September 16, 2011     **Hyde & Swigart**

By:   /s/ David J. McGlothlin
David J. McGlothlin
Attorneys for the Plaintiff

IT IS SO ORDERED that the CMC is reset from 9/23/11 at 9:00 a.m. to 12/9/11 at 9:00 a.m. A joint CMC Statement shall be filed by 12/2/11.  Plaintiff shall serve a copy of this order upon defendant immediately.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen