Abraham J. Colman (SBN 146933)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:     +1 213 457 8000
Facsimile:      +1 213 457 8080

Attorneys for Defendant
The Receivable Management Services
Corporation d/b/a RMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WOOD,<br><br>            Plaintiff,<br><br>     vs.<br><br>THE RECEIVABLES MANAGEMENT SERVICES CORPORATION d/b/a RMS,<br><br>            Defendant. | Case No.: 3:11-cv-02280-EMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT THE RECEIVABLE MANAGEMENT SERVICES CORPORATION D/B/A RMS TO RESPOND TO COMPLAINT**<br><br>**[CIV L.R. 6-1(A)]** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  WHEREAS, Defendant The Receivables Management Services Corporation d/b/a RMS
2  ("RMS") requests a 30-day extension of time within which to answer or otherwise respond to the
3  complaint;
4  WHEREAS, Plaintiff Stephen Wood does not object to RMS' request for a 30-day extension
5  of time within which to answer or otherwise respond to the complaint;
6  WHEREAS, pursuant to Civil Local Rule 6-1(a), the parties may stipulate in writing, without
7  a Court order, to extend the time within which to answer or otherwise respond to the complaint
8  provided the change will not alter the date of any event or deadline already fixed by Court order;
9  WHEREAS, this extension of time to answer or otherwise respond to the Complaint will not
10  change or alter the date of any event or deadline already fixed by Court order;
11  THEREFORE, the parties stipulate and agree that RMS' response to the Complaint shall be
12  due no later than November 9, 2011.
13  SO STIPULATED.
14  DATED:  October 7, 2011

REED SMITH LLP

By____/s/ Abraham J. Colman_____
    Abraham J. Colman
    Attorney for Defendant
    The Receivable Management Services Corporation
    d/b/a RMS

DATED:  October 7, 2011

HYDE & SWIGART

By____/s/ David J. McGlothlin_____
    David McGlothlin
    Attorney for Plaintiff
    Stephen Wood



IT IS SO ORDERED
10/13/2011
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

– 2 –

US_ACTIVE-107470024.1-RRSHAH 10/7/11 2:27 PM

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT