David J. McGlothlin, Esq. (SBN: 253265)
david@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
(619) 233-7770
(619) 297-1022

Attorneys for Plaintiff
Stephen Wood

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| Stephen Wood | Case No.: 3:11-cv-02280-EMC |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| | ORDER RESETTING CMC |
| The Receivable Management Services Corporation d/b/a RMS | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff Stephen Wood and Defendant The Receivable Management Services Corporation have just settled the above-entitled matter in its entirety. The parties anticipate filing a Notice of Dismissal, with prejudice, as to the entire lawsuit, no later than 30 days from the date of this Notice.

Date: December 19, 2011            **Hyde & Swigart**

By:   /s/ David J. McGlothlin
David J. McGlothlin
Attorneys for the Plaintiff

IT IS SO ORDERED that the CMC set for 12/20/11 is reset for 2/3/12 at 9:00 a.m. A joint CMC statement shall be filed by 1/27/12.

_____
Edward M. Chen, U.S. District Judge

IT IS SO ORDERED MODIFIED
Judge Edward M. Chen

Notice of Settlement            - 1 of 1 -            3:11-cv-02280-EMC