UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHEN WOOD,**<br><br>                     PLAINTIFF,<br><br>v.<br><br>**RECEIVABLE MANAGEMENT SERVICES CORPORATION, DBA, RMS,**<br><br>                     DEFENDANT. | **CASE NO.:** 4:11-CV-2280-YGR<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO STIPULATION** |

Based upon the stipulation of the parties, filed January 18, 2012, and good cause appearing, this Court hereby orders the entire action to be, and hereby is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: January 20, 2012            _____
                                   YVONNE GONZALEZ ROGERS
                                   UNITED STATES DISTRICT JUDGE

The David Epstein Law Firm
A Professional Corporation